**Alan M. Lee, OSB No. 68094**
alee@bullardlaw.com
**Michael G. McClory, OSB No. 97453**
mmcclory@bullardlaw.com
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, OR 97205
(503) 248-1134/telephone
(503) 224-8851/facsimile

FILED'05 DEC 27 15:13USDC-ORE

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **DEANA McCLOUD, CYNTHIA ROMERI, and CASSANDRA BARRETT**<br><br>Plaintiffs,<br><br>v.<br><br>**FRED MEYER JEWELERS, INC., a California corporation**,<br><br>Defendant. | (Lead Case) Case No. CV-04-6235-TC<br>Case No. CV-04-6237-TC<br>Case No. CV-04-6236-TC<br><br>STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE (CYNTHIA ROMERI) |

Pursuant to the settlement between Plaintiff Cynthia Romeri and Defendant Fred Meyer Jewelers, Inc., through their counsel,

/ / /

/ / /

/ / /

/ / /

Page 1 -   STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE (CYNTHIA ROMERI)

[/00070391.DOC]

that Plaintiff Cynthia Romeri's Complaint and all claims therein shall be dismissed with prejudice and without costs or attorney fees for either party,

It is hereby stipulated to.

BULLARD SMITH JERNSTEDT WILSON           DOLAN & GRIGGS LLP

By: _____      _____
    Alan M. Lee, OSB No. 68094               Jonathan Ostar, OSB No. 03416
    Attorneys for Defendant                  Attorneys for Plaintiffs

Dated: _____12/22_____, 2005             Dated: _____12-23_____, 2005


      IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice and without costs or attorney fees to any party.

      DATED: _____12/27_____, 2005.

_____
Hon. Thomas M. Coffin
United States District Judge

Page 2 -   STIPULATION, ORDER AND JUDGMENT FOR VOLUNTARY
           DISMISSAL WITH PREJUDICE (CYNTHIA ROMERI)

[/00070391.DOC]

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **STIPULATION, ORDER, AND JUDGMENT FOR VOLUNTARY DISMISSAL WITH PREJUDICE (CYNTHIA ROMERI)** on the following person(s):

Michael G. McClory
Bullard Smith Jernstedt Wilson
1000 SW Broadway, Suite 1900
Portland, Oregon, 97205
Fax: (503) 224-8851

☒ by mailing to said person(s) a true copy thereof, contained in a sealed envelope, with postage paid, and deposited in the post office at Portland, Oregon, on said day, addressed to said person(s) as set forth above.

☐ by hand-delivery to said person(s) a true copy thereof on said day, addressed to said person(s) as set forth above.

☐ by facsimile to said person(s) a true copy thereof to the facsimile number of said person(s) as set forth above.

☐ by e-mailing to said person(s) a true copy thereof, with delivery receipt request, to the e-mail address set forth above.

DATED this 23rd day of December, 2005.

DOLAN GRIGGS LLP

By: _____
Martin C. Dolan OSB # 87205
Jonathan S. Ostar, OSB #03416
Of Attorneys for Plaintiff

Page 1 - CERTIFICATE OF SERVICE

S:\MyFiles\MCD Clients\Romeri, Barrett, McCloud MCD\Pleadings\COS Stipulation, Order, and Judgment for Voluntary Dismissal Romeri.wpd

DOLAN GRIGGS LLP
1130 SW Morrison, Suite 630
Portland, Oregon 97205
(503) 228-7500
Fax: (503) 243-1188